UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TORIBIO GIL SOSA, *individually and on behalf of others similarly situated*,

                Plaintiff,

  -against-

THE J R RESTAURANT GROUP LLC
(D/B/A MUSCLE MAKER GRILL),
RYAN JOHNSON, JOSHUA FASS, and
DAVID DOE,

                Defendants.
----------------------------------------------------------X

**ORDER**

21-CV-3418 (JMF)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Due to the defendants' failure to appear in this action, the settlement conference scheduled for June 22, 2021, at 2:30 p.m., is hereby cancelled.

Dated: New York, New York
        June 21, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE