# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

catalina@faillacelaw.com

June 22, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
40 Centre Street, Room 2202
New York, New York 10007

Re:  Gil Sosa et al v. The J R Restaurant Group LLC et al;
 Case No. 21-cv-03418-JMF

Your Honor:

This firm represents Plaintiffs in the above referenced matter. We write to respectfully request an extension of time to file our default motion in this matter that is due today. This is the first request of its kind.

The reason for the request is that Plaintiffs, while preparing the default motion materials, recently learned that the Defendant Corporation J R Restaurant Group LLC may not be related to the restaurant doing business as Muscle Maker Grill. Plaintiffs are conducting further research on whether they need to amend the complaint to add a new corporation. Plaintiffs therefore respectfully request a thirty (30) day extension to file their default motion.

We thank the Court for its time and attention in this matter.

Respectfully Submitted,

*/s/Catalina Sojo*
Catalina Sojo, Esq.

In light of the above, the Order Scheduling Default Judgment Briefing and Show Cause Hearing, dated June 18, 2021, ECF No. 18, is VACATED (although the Clerk of Court can and should leave it on the docket), and the hearing currently scheduled for July 8, 2021 is CANCELED. No later than **three weeks from the date of this Order**, Plaintiff shall file a status letter updating the Court on how he intends to proceed (i.e., whether to move for default judgment, dismiss his claims, file an amended complaint, etc.). The Clerk of Court is directed to terminate ECF No. 21.
SO ORDERED.

June 23, 2021

*Certified as a minority-owned business in the State of New York*