**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

TORIBIO GIL SOSA, *individually and on*
*behalf of others similarly situated,*

                           1:21-cv-03418-JMF

               Plaintiffs,                    ~~(PROPOSED)~~ **JUDGMENT**

       -against-

MUSCLE MAKER USA INC. (D/B/A
MUSCLE MAKER GRILL), RYAN
JOHNSON, JOSHUA FASS, and DAVID
DOE,

               Defendants.
--------------------------------------------------------X


      WHEREAS on or about July 20, 2021, Defendant Muscle Maker USA Inc. extended to

Plaintiff TORIBIO GIL SOSA an offer of judgment pursuant to Rule 68 of the Federal Rules of

Civil Procedure in the amount of <u>Eighteen Thousand Five Hundred Dollars and Zero Cents

($18,500.00)</u>, and whereas said Plaintiff accepted said offer on or about July 20, 2021,

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendant Muscle Maker

USA Inc. in the amount of <u>Eighteen Thousand Five Hundred Dollars and Zero Cents ($18,500.00)</u>.

   Dated: New York, New York

           <u>    August 4,  </u> , 2021

All dates and deadlines are canceled.
The Clerk of Court is directed to close
the case. SO ORDERED.

_____
     JUDGE JESSE M. FURMAN, U.S.D.J.